UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOLA GALINIS,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

_____/

Case No. 1:07-cv-118

Hon. Wendell A. Miles

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This Social Security matter is before the court to consider the Report and Recommendation of United States Magistrate Judge Ellen S. Carmody, which was issued on January 10, 2008. The Commissioner of Social Security concluded that Plaintiff was not disabled as defined by the Social Security Act. The Magistrate Judge recommended that the Commissioner's decision be affirmed. Although the Report and Recommendation advised that the parties may object to and seek review of the recommendation within ten days of service of the report, 28 U.S.C. § 636(b)(1)(C), no objections have been filed.

      The court has reviewed the Report and Recommendation and finds it well reasoned.

      Accordingly, the court APPROVES the Report and Recommendation (docket #13), ADOPTS it as the opinion of the court, and AFFIRMS the decision of the Commissioner of Social Security.

So ordered this 8th day of February, 2008.

                                                      /s/ Wendell A. Miles
                                                      Wendell A. Miles
                                                      Senior U.S. District Judge